# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXZAMIR HERNANDEZ-MENDOZA,<br><br>　　　　　Petitioner,<br>　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:25-cv-00552-MMD-CLB<br><br>DISMISSAL ORDER |

Petitioner Alexzamir Hernandez-Mendoza commenced this action by filing a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus and an application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 1-1 ("Petition"), 4.) Based on Petitioner's financial status, the Court found that he could pay the full fee under 28 U.S.C. § 1915. (ECF No. 5.) The Court denied the motion for leave to proceed IFP and ordered Petitioner to pay the $5.00 filing fee on or before November 14, 2025. (*Id.*) Petitioner was warned that "[f]ailure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice." (*Id.*) To date, Petitioner has neither paid the $5 filing fee, requested an extension of time, nor taken any other action to prosecute this case.

　　It is therefore ordered that the Petition (ECF No. 1-1) is dismissed without prejudice based upon Petitioner's failure to comply with the Court's Order. A Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

///

///

It is further kindly ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the notices of electronic filing, (4) enter final judgment, and (5) close this case.

DATED THIS 20th Day of November 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.

2